**Electronically Filed
Supreme Court
SCPW-19-0000432
26-JUN-2019
01:31 PM**

SCPW-19-0000432

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

FRANCIS P. GRANDINETTI, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 93-0141)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On June 12, 2019, petitioner Francis P. Grandinetti submitted a compilation of documents to this court. The documents were filed as a petition for writ of mandamus. Upon consideration of the documents and the record, it is difficult to discern the specific nature of petitioner's request for relief from this court; however, it does appear that petitioner may be inquiring about legal representation in Cr. No. 93-0141 in the circuit court of the third circuit. Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without

payment of the filing fee.

IT IS HEREBY FURTHER ORDERED as follows:

1. To the extent petitioner is seeking extraordinary relief, he fails to demonstrate that he is entitled to such relief from this court. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (A writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). The petition is therefore denied.

2. To the extent petitioner is inquiring about legal representation related to Cr. No. 93-0141, the circuit court of the third circuit shall determine whether court-appointed counsel is presently appointed to represent petitioner and, if not, to refer petitioner to the Office of the Public Defender to provide legal services, as appropriate.

DATED: Honolulu, Hawaiʻi, June 26, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

